■ JAMES J. SMISLOFF, Respondent, v DAVID P. STOTT, JR., et al., Appellants. DAVID P. STOTT, JR., et al., Third-Party Plaintiffs-Appellants, v GREGG SMISLOFF, Third-Party Defendant-Respondent. (Appeal No. 1.) [19 NYS3d 452]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered August 14, 2014. The order, inter alia, dismissed defendants' counterclaims and dismissed the third-party complaint.

■ JAMES J. SMISLOFF, Respondent, v DAVID P. STOTT, JR., et al., Appellants. DAVID P. STOTT, JR., et al., Third-Party Plaintiffs-Appellants, v GREGG SMISLOFF, Third-Party Defendant-Respondent. (Appeal No. 2.) [19 NYS3d 452]—Appeal from a judgment of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered August 14, 2014. The judgment awarded plaintiff money damages of $72,800, plus interest, costs and disbursements.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Memorandum: Defendants-third-party plaintiffs (defendants) appeal from a judgment that, inter alia, dismissed pursuant to CPLR 3211 (a) (7) their third-party "counter-claim[s] and cause[s] of action" (counterclaims) asserting tortious interference of contract and conversion. Inasmuch as defendants failed to oppose that part of plaintiff's and third-party defendant's motion seeking to dismiss those counterclaims, defendants' contentions with respect thereto are not preserved for our

review (*see Ladd v Hudson Val. Ambulance Serv.*, 142 AD2d 17, 21 [1988]; *see generally Ciesinski v Town of Aurora*, 202 AD2d 984, 985 [1994]). Present—Smith, J.P., Peradotto, Carni, Whalen and DeJoseph, JJ.